AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 18, 2026

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| JERRY CAIN and ELIZABETH CAIN, husband and wife, <br> *Plaintiff* <br><br> v. <br><br><br> AMERICAN MODERN PROPERTY AND CASUALTY INSURANCE COMPANY, <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br><br> Civil Action No.   2:25-CV-0091-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is DISMISSED with prejudice, each party shall bear their own costs, attorneys' fees, and expenses.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge     Thomas O. Rice _____

Date:   May 18, 2026 _____              *CLERK OF COURT*

                                             s/Sean F. McAvoy _____
                                             *Signature of Clerk*